IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re Sealed Docket Sheets Associated        )
With Government's Request for an Order       )
Directing Apple to Bypass the Lock           )   No. 16MC91097ADB
Screen of an iPhone Bearing                  )
IMEI Number of 3558770062280062              )

## MOTION OF THE AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS TO UNSEAL COURT DOCKET SHEETS

For the reasons stated in the accompanying memorandum of law, the American Civil Liberties Union of Massachusetts (ACLUM) respectfully moves for this Court to unseal any currently sealed docket sheets, if they exist, associated with the government's request for an order directing Apple to bypass the lock screen of an iPhone bearing IMEI number 3555877062280062. In the alternative, if no such docket sheets exist, ACLUM respectfully requests that this Court deny this motion as moot.

Respectfully submitted,

_____
Jessie J. Rossman  BBO #670685
Matthew R. Segal  BBO #654489
ACLU Foundation of Massachusetts
211 Congress Street
Boston, MA 02110
Tel: (617) 482-3170
Fax: (617) 451-0009
jrossman@aclum.org

DATE:      March 31, 2016