# Exhibit B

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:16-mj-02006-MBB All Defendants

Case title: USA v. AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015

Date Filed: 02/01/2016

Assigned to: Magistrate Judge Marianne B. Bowler

### Defendant (1)

AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

USA    represented by    Emily O. Cummings
US Attorney's Office - MA
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3120

Case 1:16-mc-91097-ADB Document 2-2 Filed 03/31/16 Page 3 of 3
CM/ECF - USDC Massachusetts - Version 6.1 as of 03/11/2013
Page 2 of 2

Email: emily.cummings@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2016 | 2 | MOTION to Seal Case as to AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015 by USA. (Garvin, Brendan) (Entered: 02/18/2016) |
| 02/01/2016 | 3 | Magistrate Judge Marianne B. Bowler: ENDORSED ORDER entered granting 2 Motion to Seal Case as to AT&T "flip-style" cellular telephon, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015 (1) (Garvin, Brendan) (Entered: 02/18/2016) |
| 02/01/2016 | 4 | APPLICATION and Affidavit for Seizure Warrant as to AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015 (Attachments: # 1 Affidavit) (Garvin, Brendan) (Entered: 02/18/2016) |
| 02/01/2016 | 5 | Search and Seizure Warrant Issued in case as to AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015. (Garvin, Brendan) (Entered: 02/18/2016) |
| 02/18/2016 | 1 | ELECTRONIC NOTICE of Case Assignment as to AT&T "flip-style" cellular telephon, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015; Magistrate Judge Marianne B. Bowler assigned to case. (Abaid, Kimberly) (Entered: 02/18/2016) |
| 03/02/2016 | 6 | MOTION to Unseal Case as to AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015 by USA. (Garvin, Brendan) (Entered: 03/02/2016) |
| 03/02/2016 | 7 | Magistrate Judge Marianne B. Bowler: ELECTRONIC ORDER entered granting 6 Motion to Unseal Case as to AT&T "flip-style" cellular telephone, bearing serial number 3284510815A5, seized from Desmond Crawford on November 25, 2015 (1) (Garvin, Brendan) (Entered: 03/02/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/31/2016 09:19:44 | | | |
| PACER Login: | am0472:2505793:0 | Client Code: | 7000 |
| Description: | Docket Report | Search Criteria: | 1:16-mj-02006-MBB |
| Billable Pages: | 1 | Cost: | 0.10 |