# Exhibit C

**All Writs Act Cases Involving Tech Companies and Phones/Devices | Compiled by ACLU and ACLUM | March 31, 2016**

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 1 | Alabama | S.D. Ala. | 1:13-mj-00098 | 2013 | Apple | iPhone 4 | Yes | Yes |
| 2 | Alabama | S.D. Ala. | 1:13-MJ-00115 | 2013 | Google | MetroPCS LG Model LGMS870 Mobile Smartphone, IMEI# 99000153166691, Serial# 305KPFX0164691 bearing telephone number (404) 484-0016. | Yes | Yes |
| 3 | Arizona | D. Ariz. | 4:15-mb-01692-BGM-1 | 2015 | Apple | iPhone 6 plus Model A1522 with unique IMEI: 354453061803527 | No | Yes |
| 4 | Arizona | D. Ariz. | 3:15-MB-04035 | 2015 | Apple | iPhone 5, Model A1428; FCC ID: BC6-E2599AIC; E2599A; IC: 579C-E2599A; IMEI: 013334003230685 | No | Yes |
| 5 | Arizona | D. Ariz. | 2:15-mb-01249-JFM-1 | 2015 | Google | HTC, Model No. PN07120, IMEI: 354439057311583 | No | Yes |
| 6 | California | C.D. Cal. | 2:13-cm-00342 | 2013 | Apple | | Yes | Yes |
| 7 | California | C.D. Cal. | 2:14-MJ-01046 | 2014 | Apple | | Yes | Yes |
| 8 | California | C.D. Cal. | 2:14-mj-00159-DUTY | 2014 | Apple | White iPhone 4S Model A1387, Serial #C8PH80BSDTDC, EC ID#0000030BC806C34A, FCC ID#BCG-E2430A / IC#579C-E2430A | Yes | Yes |
| 9 | California | C.D. Cal. | 5:16-cm-00010 | 2016 | Apple | iPhone | | |
| 10 | California | C.D. Cal. | 5:15-MJ-00451 | 2016 | Apple | iPhone 5C, Model A1532, Serial # FFMNQ3MTG2DJ | Yes | Yes |
| 11 | California | E.D. Cal. | 1:15-sw-00073-SKO | 2015 | Google | 1. Alcatel Cell Phone 5020T No. NL3197JF06OHX, 2. Kyocera Cell Phone C6730, No. DEC:256691412903576214 | Yes | Yes |
| 12 | California | E.D. Cal. | 2:15-sw-00602-CKD-1 | 2015 | Google | Samsung Android Cell Phone IMEI 990004935838718 | Yes | Yes |
| 13 | California | E.D. Cal. | 2:15-sw-00568 | 2015 | Google | Samsung Cell Phone SCH-R720, A0000030C76FOD, 268435460813070093, FCC ID A3LSCHR720 | Yes | Yes |

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 14 | California | N.D. Cal. | 5:14-xr-90470-HRL-1 | 2014 | Apple | White Apple iPad Mini, Model A1432, SIN: F7PLMXRRF196, FCC ID: BCGA1432 | Yes | Yes |
| 15 | California | N.D. Cal. | 4:14-xr-90812-KAW-1 | 2014 | Apple | | Yes | Yes |
| 16 | California | S.D. Cal. | 3:11-MJ-01771 | 2011 | Apple | iPhone 4GS (Model-A1332), Serial # 81027EDEA4S | Yes | Yes |
| 17 | California | S.D. Cal. | 2:11-MJ-08542 | 2011 | Apple | iPhone Model A1303, Serial # 86949MYL3NP, IMEI: 012029001497234, SIM Card: GA6026850 | No | Yes |
| 18 | California | S.D. Cal. | 3:13-mj-04593-MDD-1 | 2013 | Apple | iPhone Model A1387, Serial # DNPHR8DADT9V, IMEI 013071002398432, FCC ID# BCGE2430A | Yes | Yes |
| 19 | California | S.D. Cal. | 3:14-mj-01245-WVG-1 | 2014 | Apple | iPhone Model A1428, IMEI 013333008526808 | Yes | Yes |
| 20 | Florida | M.D. Fla. | 2:14-cr-00048-JES-MRM-2 | 2014 | Unknown | | No | No |
| 21 | Florida | S.D. Fla. | 2:12-mj-00144 FJL-1 | 2012 | Apple | | Yes | Yes |
| 22 | Florida | S.D. Fla. | 1:12-mj-02790-PAW-1, 1:12-cr-20119-UU | 2012 | Apple | Black iPhone, Model A1387, Serial # DQGGTOFRDTC1, (310) 686-1036 | No | No |
| 23 | Florida | S.D. Fla. | 9:13-MJ-08153, 9:13-CR-80054 | 2013 | Apple | iPad | No | Yes |
| 24 | Georgia | S.D. Ga. | 4:12-mj-00076-GRS | 2012 | Apple | iPad, Serial # DN6H339DVGG | Yes | Yes |
| 25 | Illinois | N.D. Ill. | 1:15-mc-00604 | 2015 | Apple | iPhone 5S Model A1530 | Yes | Yes |
| 26 | Louisiana | E.D. La. | 2:14-mc-00506-DM | 2014 | Apple | Black/Silver iPhone, Model A1387, FCC ID# BCG-E2330A, IC: 579C-E2430A | Yes | Yes |
| 27 | Maine | D. Me. | 2:13-mj-00195-GZS | 2013 | Apple | Apple IOS Device, Serial # DMPHQM68DVD1, FCC ID# BCGA1416 | Yes | Yes |
| 28 | Maryland | D. Md. | 1:14-mj-00118-SAG | 2014 | Apple | Silver/White iPhone, Model A1387, Serial # C39GKOF8DTDD, and Black iPhone, Model A1428, IMEI # 013426000948416 | Yes | Yes |

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 29 | Maryland | D. Md. | 8:14-mj-01760-WGC | 2014 | Apple | IOS Device, Model A1428; ISI #013333009183120, FCC ID # BCG-E2599A, IC# 579C-E2599A | Yes | Yes |
| 30 | Minnesota | D. Minn. | 0:13-cr-00273-SRN-JJK | 2013 | Apple | iPad 16 GB, Model A1430, Serial # DMPHV9VFDVGG, IME I# 013213001193105, FCC ID # BCGA1430 | Yes | Yes |
| 31 | Minnesota | D. Minn. | 0:14-mj-00302-SER-1 | 2014 | Apple | iPad mini | Yes | Yes |
| 32 | Minnesota | D. Minn. | 0:15-mj-00004-TNL | 2015 | Apple | Gray iPhone, Model A1453, IMEI# 358809052641331 | Yes | Yes |
| 33 | Nevada | D. Nev. | 2:14-mj-00249 | 2015 | Apple | Four iPads and two iPhones | No | Yes |
| 34 | New Hampshire | D.N.H. | 1:10-MJ-00054 | 2010 | Apple | iPhone, Model #A1241, Serial # 868445YDY7K, FCC ID# BCGA1241 | Yes | Yes |
| 35 | New Mexico | D.N.M. | 1:13-mr-01026-KBM | 2013 | Apple | iPhone, Serial # C8PHGFQ1DTFC, Model# A1387, FCC ID# BCG-E2430A, IC: 579C-E2430A | Yes | Yes |
| 36 | New Mexico | D.N.M. | 1:13-mr-00115-ACT | 2013 | Google | Samsung Galaxy Cell Phone SCH-S950C(GP), Serial # 268435461704381396, IMEI # A000003942DAD4, Markings GPSAS 950CB & 12.08 on phone | Yes | Yes |
| 37 | New York | E.D.N.Y. | 1:12-MJ-01083-CLP | 2012 | Apple | iPad 2, black and silver, Serial # DN6HNU22ZDFHW | No | Yes |
| 38 | New York | E.D.N.Y. | 1:11-MJ-01276 | 2012 | Apple | iPhone Model A1387, Serial # DNPGF4NJDTC1, FCC ID BCG-E2430A | No | Yes |
| 39 | New York | E.D.N.Y. | 2:13-MC-00214 | 2013 | Apple | iPhone Model A1387, EMC 2430, Serial # C8PHNW3PDTD1, FCC ID# BCG-E2430A | Yes | Yes |
| 40 | New York | E.D.N.Y. | 1:14-mc-00288-CLP | 2014 | Apple | iPhone, Model Ai387, FCC ID: BCG-E2430A | Yes | Yes |
| 41 | New York | E.D.N.Y. | 1:15-mc-01902-JO | 2015 | Apple | iPhone, DEA N-67, IMSI #310260572923753, (908) 463-3333 | | |

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 42 | New York | N.D.N.Y. | 5:08-mj-00552; 5:08-cr-00753-DNH | 2008 | Apple | iPhone, Model 88813PG70KH, FCC ID BCGA1203, with black marware cover | Yes | Yes |
| 43 | New York | N.D.N.Y. | 5:12-cr-00453-GTS; 5:12-MJ 00048 | 2012 | Apple | Two iPads: 1. Model# A1337, Serial #HW107EANETV, FCC ID: BCGA1397; 2. Model# A1397, Serial #DLXFC1SYDJHH, FCC ID: BCGA1397 | Yes | Yes |
| 44 | New York | N.D.N.Y. | 1:13-cr-00058-KBF | 2013 | Apple | iPhone Model A1332, EMC No: 3808, FCC ID: BCG-E2380B, IC: 579C-E2380B, Serial # 88022X4KA4T, IMEI # 012337000353741 | No | Yes |
| 45 | New York | S.D.N.Y. | 1:14-mj-02258-UA-1 | 2014 | Unknown | | No | Yes |
| 46 | North Carolina | E.D.N.C. | 5:13-mj-1904-1 | 2013 | Apple and Google | 1. Samsung Galaxy Note, Model #SGHI717, Serial #R21C25LHDMR, IMEI #352013050527388 2. iPhone, Model A1387 | Yes | Yes |
| 47 | North Carolina | M.D.N.C. | 1:13-mj-00172 | 2013 | Apple | iPhone, Model A1428, FCC ID: BCG-E2599A, IC: 579C-E2599A, IMFI: 013429009144615 | Yes | Yes |
| 48 | North Dakota | D.N.D. | 3:12-mj-00132-KKK | 2012 | Google | HTC Cell Phone, Model #ADR6250, Serial # HT05DHF00644, MEID # HEX No. A100000D964CB8 and MEID DEC No. 270113178909850040 | Yes | Yes |
| 49 | North Dakota | D.N.D. | 4:13-mj-00165 | 2013 | Apple | Apple iOS device Model A1387, Serial # d6086b27793aa7ba427c81538c9be78 498aa, FCC ID: BCG-E2430A  iPhone, Serial # F2LK80KAF8H6, IMEI number 990002258728029 | Yes | Yes |

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 50 | North Dakota | D.N.D. | 4:14-mj-00198-CSM | 2014 | Apple | iPhone Model A1533, IC #579C-E2642B, IMEI #013881008083311, FCC# BCG-E2642A | Yes | Yes |
| 51 | Ohio | N.D. Ohio | 1:13-mj-03163-GW | 2013 | Apple | 1. White iPhone Model #A1428, IMEI 013329001101417, FCC ID: BCG-E2599A, IC: 579C-E2599A. 2. Black iPhone Model A1332, IC:, EMC 380a, FCC ID: BCGE2380A, IC: 579C-E2380A. 3. White iPhone Model Al429, IMEI: 990002755503982, ID: BCG-E2599A, IC: 579C-E2610A. 4. iPad Model A1219, Serial HW113BHLZ3A, EMC 2311, FCC ID: BCG E2381A, IC: 579C-E2381A. | Yes | Yes |
| 52 | Ohio | N.D. Ohio | 1:14-mj-04136-NAV | 2014 | Apple | White Apple iPhone Model A1387, Serial# C8_JFG3DTD0,FCC ID# EMC2430 FCC ID: BCG-E2430 IC: 579C-E2430A | Yes | Yes |
| 53 | Oregon | D. Or. | 1:12-mc-00305 | 2012 | Google | | Yes | No |
| 54 | Pennsylvania | E.D. Pa. | 2:13-MJ-01129 | 2013 | Apple | Two cellular phones | Yes | Yes |
| 55 | Pennsylvania | E.D. Pa. | 2:13-MJ-01360 | 2013 | Apple | 1. White iPhone with black rubber case 2. Blackberry Bold IMEI 356840041919480 3. Tracfone LG440G | Yes | Yes |
| 56 | Pennsylvania | E.D. Pa. | 2:14-MJ-00591 | 2014 | Apple | iPhone 4S, Serial # C39HC0F5DTD8L; ECID 000031D281D638B; Board: N94AP; Iboot firmware version Iboot-1940.3.5; chip ID 8940 | Yes | Yes |
| 57 | Pennsylvania | E.D. Pa. | 2:14-MJ-00612 | 2014 | Apple | White iPhone, IMEI 357990055913413 | Yes | Yes |
| 58 | Pennsylvania | E.D. Pa. | 2:14-MJ-00598 | 2014 | Apple | Black iPhone 5, IMEI 990002781221450 | Yes | Yes |

| | State | Court | Docket Number | Date | Subject | Devices | AWA App Docket Entry | AWA Order Docket Entry |
|---|---|---|---|---|---|---|---|---|
| 59 | Pennsylvania | E.D. Pa. | 2:15-mj-01362-M | 2015 | Apple | iPhone 5C Model A1456, FCC ID: BCG-E2644A, IMEI #358542052704219 | Yes | Yes |
| 60 | South Dakota | D.S.D. | 4:14-mc-00097-JES | 2014 | Google | Samsung Model SM-G900V Galaxy S5, SKU: SMG900VZWV, FCC ID: A3LSMG900G and IMEI: 990004915668275 on Verizon Network | Yes | Yes |
| 61 | South Dakota | D.S.D. | 4:15-mj-00036-VLD | 2015 | Apple | Black Apple iPhone 5 Model A1428, FCC ID: BCG-E2S99A | Yes | Yes |
| 62 | Washington | W.D. Wa. | 3:13-cr-05525-BHS | 2013 | Apple | iPhone Model # A1429; FCC ID # BCG-E2599A; IMEI # 990002277737548; Serial # F17JLNGNF8H2 | No | Yes |
| 63 | Washington | W.D. Wa. | 2:14-MJ-00319 | 2014 | Apple | iPhone Model A1429, IMEI 013413008481871, ICCID 897019912120121315 | Yes | Yes |