# Exhibit E

# Query

**WARNING: Search results from this screen are NOT subject to the 30 page limit on PACER charges. Please be as specific as possible with your search criteria.**

**Search Clues**

Mobile Query

| | |
|---|---|
| Case Number | `1:16-mj-02007` The case you specified is SEALED and you are not authorized to see it. |

or search by

| | |
|---|---|
| Case Status: | ○ Open  ○ Closed  ○ All |
| Filed Date | [ ] to [ ] |
| Last Entry Date | [ ] to [ ] |
| Nature of Suit | 0 (zero)<br>110 (Insurance)<br>120 (Contract: Marine) |
| Cause of Action | 0 (No cause code entered)<br>02:0431 (02:431 Fed. Election Commission: Failure Enforce C)<br>02:0437 (02:437 Federal Election Commission) |
| Last/Business Name | [ ] ☐ Exact matches only |
| First Name | [ ] Middle Name [ ] |
| Type | [▼] |

[ Run Query ]  [ Clear ]