UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SEALED DOCKET SHEET ASSOCIATED WITH GOVERNMENT'S REQUEST FOR AN ORDER DIRECTING APPLE TO BYPASS THE LOCK SCREEN OF AN iPHONE BEARING IMEI NUMBER OF 355877062280082. | ) ) ) Docket No. 16-MC-91097-ADB ) ) ) ) |

RESPONSE TO MOTION

The United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Emily O. Cummings, Assistant United States Attorney, requests this Honorable Court deny as moot the *Motion of the American Civil Liberties Union of Massachusetts to Unseal Court Docket Sheets,* which was filed on March 31, 2016.  On April 8, 2016, the Honorable Marianne B. Bowler, United States Magistrate Judge, granted the government's motion to unseal all pleadings in case number 16-MJ-2007-MBB, which involves the above-referenced iPhone, including the applicable search warrant and related orders of the court.  [*See* Doc. No. 9.]  Per her Order, Judge Bowler not only unsealed the requested docket sheet, but also all related pleadings.  Therefore, the pending ACLUM motion is moot and should be denied.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Emily O. Cummings
Emily O. Cummings
Assistant U.S. Attorney
Date: April 11, 2016

## CERTIFICATE OF SERVICE

      I, Emily O. Cummings, do hereby certify that a copy of the foregoing was served by ECF and a copy by mail to counsel of record for the ACLUM, Jessie J. Rossman, Esq., 211 Congress Street, Boston, MA 02110.

/s/ Emily O. Cummings
Emily O. Cummings
